# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO V. MONTANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DARREL ADAMS, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00452-LJO-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN THIRTY DAYS AND DIRECTING CLERK'S OFFICE TO ISSUE REGULAR CIVIL NEW CASE DOCUMENTS<br><br>THIRTY DAY DEADLINE |

Plaintiff Antonio V. Montano is a state prisoner proceeding in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  Following a notice of appearance of counsel on behalf of Plaintiff on February 25, 2016, this action was reassigned to the undersigned.

Plaintiff's amended complaint shall comply with Federal Rules of Civil Procedure Rule 8 which provides that a complaint must "contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . ."  Fed. R. Civ. P. 8(a)(2).  Therefore, a complaint challenging Plaintiff's conditions of confinement shall not exceed twenty-five pages.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint with thirty days for the date of entry of this order;
2. Plaintiff's amended complaint shall not exceed twenty-five pages; and

///

3.   The Clerk's Office is directed to issue regular civil new case documents in this action.

IT IS SO ORDERED.

Dated:   **February 26, 2016**

UNITED STATES MAGISTRATE JUDGE