# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO V. MONTANO,<br><br>Plaintiff,<br><br>v.<br><br>DARREL ADAMS, et al.,<br><br>Defendants. | Case No.  1:15-cv-00452-LJO-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WITHIN FIVE DAYS WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff Antonio V. Montano, a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983, filed this action in the Central District of California on January 14, 2014.  (ECF No. 1.)  On March 23, 2014, the action was transferred to the Eastern District of California.  (ECF No. 23.)  On January 26, 2016, the magistrate judge assigned to the action dismissed Plaintiff's complaint with leave to amend.  (ECF No. 17.)

On February 12, 2016, Plaintiff filed a notice of substitution of counsel and a motion to consolidate cases.  (ECF No. 18, 19.)  On February 25, 2016, this action was related to Alaniz v. Schwarzeneggar, et al., 1:15-cv-01063-LJO-SAB, and reassigned to the undersigned.  (ECF No. 20.)  On February 29, 2016, Plaintiff was ordered to file an amended complaint with thirty days.  (ECF No. 21.)   More than thirty days have passed and Plaintiff has not filed an amended complaint or otherwise responded to the February 29, 2016 order.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that with five (5) days from the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to file an amended complaint in compliance with this Court's February 29, 2016 order. Failure to comply with this order will result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: __**May 18, 2016**__

_____
UNITED STATES MAGISTRATE JUDGE