# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO V. MONTANO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DARREL ADAMS, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00452-LJO-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF THE COURT TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF Nos. 23, 25)<br><br>TWENTY DAY DEADLINE |

Plaintiff Antonio V. Montano is a state prisoner proceeding in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On May 18, 2016, this Court issued an order requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute. On May 23, 2016, Plaintiff filed a response and a first amended complaint was attached. Based on the response to the order to show cause, the show cause hearing will be vacated and the first amended complaint shall be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed May 18, 2016 is DISCHARGED;

2. The Clerk of the Court is DIRECTED to file the first amended complaint as of the date this order is docketed; and

///

1

3. Defendants shall file a responsive pleading within twenty (20) days from the date the first amended complaint is docketed.

IT IS SO ORDERED.

Dated: **May 24, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

2