# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO V. MONTANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DARREL ADAMS, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00452-LJO-SAB (PC)<br><br>ORDER AMENDING ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 26) |

　　On May 24, 2016, the Court issued an order discharging the order to show cause issued May 18, 2016.  The order directed Defendants to file a response to the first amended complaint within twenty days from the date of docketing of the order, however, Defendants have not been served in this action.

　　Accordingly, IT IS HEREBY ORDERED that the May 24, 2016 order discharging the order to show cause is amended at 2:1 as follows:

　　3.　　The Clerk of the Court is directed to issue summonses; and

　　4.　　Plaintiff shall serve the first amended complaint on or before June 30, 2016.

IT IS SO ORDERED.

Dated:   **May 25, 2016**　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1