# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO V. MONTANO,<br><br>Plaintiff,<br><br>v.<br><br>DARREL ADAMS, et al,<br><br>Defendants. | Case No. 1:15-cv-00452-LJO-SAB (PC) |
| ANDREW ALANIZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al,<br><br>Defendants. | Case No. 1:15-cv-01063-LJO-SAB<br><br>ORDER RE STIPULATION |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the <u>Alaniz</u> complaint will be treated as operative as to Defendant Winslow under the same governing orders as the Court's August 22, 2016 order (ECF No. 40 in Case No. 1:15-cv-00452), with all other issues being reserved.

IT IS SO ORDERED.

Dated:  **October 18, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1